**HATMAKER LAW GROUP**
SUSAN K. HATMAKER 172543
BRADLEY J. LEVANG 226922
susan@hatmakerlaw.com
7522 N. Colonial Ave., Ste. 105
Fresno, CA 93711

Telephone: (559) 374-0077
Facsimile: (559) 374-0078

Attorneys for Defendant:
FRANCES L. BARIGIAN

Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: Tanya@moorelawfirm.com

Attorneys for Plaintiff,
LAWRENCE GREEN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

* * *

| | |
|---|---|
| LAWRENCE GREEN, | Case No. 1:15-cv-00934-LJO-BAM |
| Plaintiff, | |
| vs. | **STIPULATION AND JOINT REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |
| FRANCES L. BARIGIAN, | |
| Defendant. | Magistrate Judge Barbara A. McAuliffe |

///

///

///

---

1

STIPULATION AND JOINT REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE

1  Plaintiff LAWRENCE GREEN (hereinafter "Plaintiff"), by and through his
2 counsel of record, and Defendant FRANCIS L. BARIGIAN (hereinafter "Defendant"), by and
3 through her counsel of record, hereby stipulate and agree as follows:
4  WHEREAS, a Mandatory Scheduling Conference is presently set for the above-
5 captioned matter on September 24, 2015, at 9:00 A.M.;
6  WHEREAS, the deadline to file the Joint Scheduling Report is September 17,
7 2015;
8  WHEREAS, the Parties have not previously asked for any extensions of time
9 relating to the Mandatory Scheduling Conference;
10  WHEREAS, counsel for the Parties have timely conducted their Rule 26 meet and
11 confer conference and have exchanged the Parties' initial disclosures;
12  WHEREAS, the Parties have been engaged in serious discussions regarding the
13 potential resolution of this case;
14  WHEREAS, at this stage of the matter, the Parties are optimistic that continuing
15 with their settlement discussions will lead to a resolution of this this matter; and
16  WHEREAS, the Parties agree that continuing the Mandatory Scheduling
17 Conference and related deadlines will facilitate a potential resolution of this action and conserve
18 the resources of the Court and the Parties.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Hatmaker Law Group
7522 N. COLONIAL AVENUE
SUITE 105
FRESNO, CA  93711

1  IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 144, that this Court
2  continue the Mandatory Scheduling Conference for twenty-eight days to October 22, 2015, at
3  9:00 A.M., or to a date and time thereafter that is convenient for the Court, and to continue the
4  related deadline to submit a Joint Scheduling Report accordingly.

6  DATED: September 17, 2015                HATMAKER LAW GROUP

8                                           By:   */s/ Bradley J. Levang*
                                                  BRADLEY J. LEVANG
9                                                 Attorneys for Defendant
                                                  FRANCES L. BARIGIAN

11 DATED: September 17, 2015                MOORE LAW FIRM, P.C.

13                                          By:   */s/ Tanya E. Moore*
                                                  TANYA E. MOORE
14                                                Attorneys for Plaintiff
                                                  LAWRENCE GREEN

17 *Pursuant to General Order 45, § X.B, the filer hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.*

**ORDER**

In consideration of the Parties' Stipulation and Joint Request to Continue the Mandatory Scheduling Conference and related deadlines, and good cause having been shown, it is hereby ORDERED that the Mandatory Scheduling Conference, currently set for September 24, 2015, shall be continued to **October 28, 2015 at 9:00 a.m.** in Courtroom 8 before United States Magistrate Judge Barbara A. McAuliffe. The related deadline to submit a Joint Scheduling Report, under Rule 26 of the Federal Rules of Civil Procedure, is similarly continued.

IT IS SO ORDERED.

Dated:   **September 17, 2015**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE