1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Lawrence Green
6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

11 LAWRENCE GREEN,                    )   No.  1:15-cv-00934-LJO-BAM
                                      )
12         Plaintiff,                 )   **STIPULATION FOR DISMISSAL OF**
                                      )   **ACTION; ORDER**
13     vs.                            )
                                      )
14 FRANCES L. BARIGIAN,               )
                                      )
15         Defendant.                 )
                                      )
16                                    )
                                      )
17 _____)

18

1    IT IS HEREBY STIPULATED by and between Plaintiff Lawrence Green and Defendant Frances L. Barigian, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: October 13, 2015                MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Lawrence Green

Dated: October 13, 2015                HATMAKER LAW GROUP


                                        */s/ Bradley J. Levang*
                                       Bradley J. Levang
                                       Attorneys for Defendant,
                                       Frances L. Barigian

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**
**Dated: October 13, 2015**

                                       **/s/ Lawrence J. O'Neill**
                                       **United States District Judge**